<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-7246**

───────────

ROY FRANKLIN ECHOLS, Jr.,

                              Petitioner - Appellant,

        versus

RONALD ANGELONE, Director of Virginia Depart-
ment of Corrections,

                              Respondent - Appellee.

───────────

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CA-01-155-3)

───────────

Submitted:  November 29, 2001        Decided:  December 6, 2001

───────────

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Roy Franklin Echols, Jr., Appellant Pro Se. Linwood Theodore Wells,
Jr., Assistant Attorney General, Richmond, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Roy Franklin Echols appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Echols v. Angelone, CA-01-155-3 (E.D. Va. June 18, 2001). We deny Echols' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED